PHILLIP A. TALBERT
United States Attorney
KRISTIN F. SCOTT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00202 KJM |
| Plaintiff, | ORDER |
| v. | |
| DARIN JEROME FRENCH, | |
| Defendant. | |

**O R D E R**

This matter came before the Court on the United States' request to correct the judgment as to defendant Darin Jerome French (ECF 2) to reflect that Whirlpool Corporation is the proper payee for the $353,000.00 in restitution listed in the judgment as payable to the Nevada District Court Clerk. Pursuant to Rule 36 of the Federal Rules of Criminal Procedure, and for good cause shown, the Court hereby corrects the judgment and orders that the $353,000.00 is payable to Whirlpool Corporation, Attn: Erik Antons, 2000 North M-63, Mail Drop 1800, Benton Harbor, Michigan 49022. This Order does not otherwise modify the judgment or restitution ordered in this case.

**IT IS SO ORDERED.**

Dated: March 2, 2023

CHIEF UNITED STATES DISTRICT JUDGE